**GRANTED.**
IT IS SO ORDERED.

Margaret W. Wong, Esq. (IK582821)
Attorney for Petitioner
Margaret Wong & Associates Co. LPA
3150 Chester Ave.
Cleveland, Ohio 44114
(216) 566-9908
(216) 566-1125 (fax)
Attorney for Petitioner

J. PHILIP CALABRESE,
UNITED STATES DISTRICT JUDGE
Date: July 14, 2025

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **MARIO R. MONROY VILLALTA,** | Case No. 4:25-cv-1389 |
| Petitioner, | |
| v. | **MOTION FOR VOLUNTARY WITHDRAWAL** |
| **PAM BONDI, et al.,** | |
| Respondents. | |

Now comes Petitioner, Mario Monroy Villalta, by and through undersigned Counsel, and moves this Honorable Court to grant this motion for voluntary withdrawal of this pending Petition for a Writ of Habeas Corpus (ECF No. 1) and Motion for Stay of Removal (ECF No. 2). Petitioner and counsel for Federal Respondents have reached an agreement to resolve issues raised in the Petition and to dismiss the Petition.

WHEREFORE, Petitioner respectfully requests that this Honorable Court grant this Motion for Voluntary Withdrawal and dismiss the above-captioned matter.

Respectfully submitted,

/s/ *Margaret W. Wong*
Margaret W. Wong, Esq. (IK582821)
Attorney for Petitioner